2:24 CV 1381

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION

JUDGE SARGUS

Shelsina Dingess
(Enter Above the Name of the Plaintiff in this Action)

MAGISTRATE JUDGE DEAVERS

vs.

Theresa Johnson (Hocking County Child protective services)
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

Linda Olvera (HCCPS)
Hocking County prosecutor

FILED
RICHARD W. NAGEL
CLERK OF COURT
2024 MAR 26 PM 2:57
U.S. DISTRICT COURT
SOUTHERN DIST OHIO
EAST DIV. COLUMBUS

**COMPLAINT**

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

Shelsina Dingess
Name - Full Name Please - PRINT

809 W. 5th Avenue Lancaster, OH 43130
Street Address

Lancaster, OH 43130
City, State and Zip Code

740-823-6180
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. Theresa Johnson
   Name - Full Name Please

   389 W Front St Logan, Ohio 43138
   Address: Street, City, State and Zip Code

2. Linda Olvera

   389 W Front St Logan, Ohio 43138

3. Hocking County prosecutor

   88 S Market St Logan, Ohio 43138

4. _____

5. _____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☒ Title 28 U.S.C. § 1343(3)
[A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
[A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
[A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title _____ United States Code, Section _____
[Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

- Came to Plantifs home 1050 Church in 2016 and removed children with assistance from plantifs former probation officer Yessika Barber as trainee and officer Ryan Colbertson from Logan Police Department.

- Magistrate Joseph Nemec ordered Plantif and mother Christina Lutz to view and make copies but they were missing, Consulted with Ohio ombudsman who confirmed files were missing as well as magistrate entry stating "lacking Evidence for reason of removal"

- Covered up Sexual, Physical, mental abuse to daughter Stating Plantif made false Allegations but posesses childrens Hospital Records for proof

- Abused position of power to kidnap children

- Discrimination, intimidation, Harassment, Doctored docs.

- Taking advantage of persons on disability

- Prosecutor denied charges on perpetrator before Sheriff interviewed him during sexual abuse investigation
- Submitted objection, it's none of courts business what is in CPS files

-3-

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: <u>John Smith</u> vs. <u>Jane Doe</u>).

| <u>Case Number</u> | <u>Caption</u> |
|---|---|
| _____ | _____ vs. _____ |
| _____ | _____ vs. _____ |
| _____ | _____ vs. _____ |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

Compensation and Jail time for pain and Suffering as well as losses of home, mental trauma it caused to the children involved.

I state under penalty of perjury that the foregoing is true and correct. Executed on this 26 day of march, 2024.

_____
Signature of Plaintiff

-4-